# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | ELAINE E. BUCKLO | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 13 C 2830 | **DATE** | July 10, 2013 |
| **CASE TITLE** | Eric John Miller (#2007-0004277) vs. Sergeant Samson, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff's motion to reconsider original complaint [#7-1] is denied, and the amended complaint [#10] is dismissed, without prejudice. The plaintiff's motion for attorney representation [#7-2] is granted. The court requests that J. Timothy Eaton / Shefsky & Froelich, Ltd / 111 East Wacker Drive, Suite 2800 / Chicago, Illinois 60601 / (312) 527-4000 represent the plaintiff in accordance with counsel's trial bar obligations under the District Court's Local Rule 83.37 (N.D. Ill.). Counsel is directed to file a second amended complaint within 60 days if the amended pleading comports with counsel's obligations under Rule 11 of the Federal Rules of Civil Procedure. The plaintiff's motions to return original exhibits [#9] and to receive confirmation of correspondences with the court [#13] are denied as moot.

■ [**For further details see text below.**]    **Docketing to mail notices.**

## STATEMENT

The plaintiff, an inmate in the custody of the Cook County Department of Corrections, has brought this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. The plaintiff claims that jail officials violated his constitutional rights by subjecting him to inhumane conditions of confinement (placing him in a sewage-flooded cell with inadequate cleaning supplies, denying him use of bathroom facilities during the night shift, etc.). The plaintiff additionally contends that prison health care providers have acted with deliberate indifference to his serious medical needs by failing to provide appropriate care and treatment for painful issues afflicting his urinary tract.

By Minute Order of April 24, 2013, the court granted the plaintiff's motion for leave to proceed *in forma pauperis* but directed him to submit an amended complaint limited to a single, core claim. The plaintiff's responses reflect a lack of understanding as to the judicial process; furthermore, the plaintiff's frequent transfers from county jail to county jail may affect his ability to litigate this matter. Accordingly, the plaintiff's motion for attorney representation is granted.

The court hereby requests that J. Timothy Eaton / Shefsky & Froelich, Ltd / 111 East Wacker Drive, Suite 2800 / Chicago, Illinois 60601 / (312) 527-4000 represent the plaintiff in accordance with counsel's trial bar **CONTINUED)**

mjm

| **STATEMENT (continued)** |
|---|

obligations under the District Court's Local Rule 83.37 (N.D. Ill.). After investigation, counsel should file a second amended complaint within sixty days if such amendment comports with counsel's obligations under Rule 11 of the Federal Rules of Civil Procedure. If counsel is unable to file a second amended complaint, he should so inform the court.